UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ELIJAH SKATES,

                     Plaintiff,                                    **ORDER**
                                                        26-CV-00501 (JAM)

                     -v-

LVNV FUNDING LLC; FORSTER &
GARBUS LLP,

                     Defendants.
----------------------------------------------------------x

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

On January 28, 2026, *pro se* Plaintiff Elijah Skates filed this action against Defendants

LVNV Funding LLC and Forster & Garbus LLP (Dkt. No. 1), along with an application to proceed

*in forma pauperis* ("IFP") (Dkt. No. 2).

Plaintiff's request to proceed IFP pursuant to 28 U.S.C. § 1915 is **GRANTED**.

The Clerk of Court is directed to issue a summons against Defendants, and the United

States Marshals Service is directed to serve the summons, complaint, and a copy of this Order

upon Defendants without prepayment of fees.

The Clerk of Court is further directed to send a copy of this Order to the *pro se* Plaintiff.

                                               **SO ORDERED.**

                                *Joseph A. Marutollo*
                                 JOSEPH A. MARUTOLLO
                                 United States Magistrate Judge

Dated: Brooklyn, New York
         February 2, 2026